# EXHIBIT E

| US8861512 | Medici – 'Medici App' ("The accused instrumentality") |
|---|---|
| 1. A method of enabling a wireless device, located in a region, to initiate a network connection without using a network operator's home location register that covers that region, comprising the steps of: | The accused product discloses a method of enabling a wireless device (e.g., Smartphone), located in a region, to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region.<br><br>The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet-based calling does not require home location register (HLR).<br><br><br><br>https://play.google.com/store/apps/details?id=com.medici.practitioner |

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless device using a module that is responsible for contacting a server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless device (e.g., Smartphone) using a module (e.g., Medici Mobile application) that is responsible for contacting a server (e.g., Medici Mobile Server) to communicate with the server (e.g., Medici Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Medici Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone).  https://play.google.com/store/apps/details?id=com.medici.practitioner |
|---|---|

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



**Call a patient**

https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) using the module (e.g., Medici Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Medici Mobile Server) that defines a call request (e.g., Invite signal from caller to server).<br><br><br><br>https://play.google.com/store/apps/details?id=com.medici.practitioner |

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, a software application running on the server deciding on the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at Medici Mobile SIP/VoIP proxy Server to route/manage calls) running on the server (e.g., Medici Mobile Server) deciding on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Medici Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register.<br><br><br><br>https://play.google.com/store/apps/details?id=com.medici.practitioner |

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



**Call a patient**

https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| 4. The method of claim 1, in which the wireless device uses HTTP (Hypertext Transfer Protocol) over the internet to communicate with the server. | The wireless device (e.g., user device) uses HTTP (Hypertext Transfer Protocol) over the internet to communicate with the server (e.g., Medici Mobile server).<br><br>🔒 app.medici.md/#/auth/login  HTTP over the internet to communicate with the server<br><br>medici<br><br>Log In.<br><br>Email Address<br><br>Password  SHOW<br><br>☐ Remember Me   Forgot Password?<br><br>Sign In<br><br>Version 1.59.1<br><br>https://app.medici.md/#/auth/login |

| 5. The method of claim 4 in which the user has to enter any data required by the server manually into the device. | The user (e.g., user of Medici Mobile application) has to enter any data (e.g., Medici Mobile login details) required by the server (e.g., Medici Mobile Server) manually into the device (e.g., Smartphone).<br><br><br><br>https://app.medici.md/#/auth/login |

| 8. The method of claim 1, in which the server also acts as a media server so that the network connection is not limited to a voice connection, but includes also the transfer of any media asset, including data, video, and audio files, web pages and data, video and audio streaming. | The server (e.g., Medici Mobile Server) also acts as a media server so that the network connection (e.g., SIP/VoIP Invite) for that call is not limited to a voice connection, but includes also the transfer of any media assets, including data, files, chat, and data-, video- and audio streaming.<br><br><br><br>https://play.google.com/store/apps/details?id=com.medici.practitioner |
|---|---|

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



https://www.youtube.com/watch?v=J-YER8eVQ9A

| 12. The method of claim 1 in which the module establishes and controls communication | The module (e.g., Medici Mobile application) establishes and control communication (e.g., SIP/VoIP communication) between the wireless device (e.g., Smartphone) and the server (e.g., Medici Mobile Server). |
|---|---|

| between the device and the server. | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
|---|---|
| 23. A system comprising a wireless device located in a | The accused product discloses a system comprising a wireless device (e.g., Smartphone) located in a region and a server (e.g., Medici Mobile Server) for enabling the wireless device (e.g., Smartphone) to communicate with the server (e.g., Medici Mobile Server) to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location |

| region and a server for enabling the wireless device to communicate with the server to initiate a network connection without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager, wherein: | register that covers that region, wherein the server includes a software application (e.g., software running at Medici Mobile SIP/VoIP proxy Server to route/manage calls) that functions as a calls manager.<br><br><br><br>https://play.google.com/store/apps/details?id=com.medici.practitioner |

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



**Call a patient**

https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless device (e.g., Smartphone) is operable using a module (e.g., Medici Mobile application) that is responsible for contacting a server (e.g., Medici Mobile Server) to communicate with the server (e.g., Medici Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Medici Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone).<br><br><br><br>https://play.google.com/store/apps/details?id=com.medici.practitioner |
|---|---|

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



**Call a patient**

https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., Medici Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Medici Mobile Server) that defines a call request (e.g., Invite signal from caller to server).<br><br><br><br>https://play.google.com/store/apps/details?id=com.medici.practitioner |

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



## Call a patient

https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Medici Mobile SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., Medici Mobile Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a third party end-user (e.g., Other users using Medici Mobile) over all available networks for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register.<br><br><br><br>https://play.google.com/store/apps/details?id=com.medici.practitioner |

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



**Call a patient**

https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 24. A server for enabling a wireless device to communicate with the server to initiate a network connection without using a network operator's home location register, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a server enabling a wireless device (e.g., Smartphone) located in a region and a server for enabling the wireless device to communicate with the server to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager.<br><br><br><br>https://play.google.com/store/apps/details?id=com.medici.practitioner |

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



# Call a patient

https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless device (e.g., Smartphone) is operable using a module (e.g., Medici Mobile application) that is responsible for contacting a server (e.g., Medici Mobile Server) to communicate with the server (e.g., Medici Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Medici Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). <br><br>  <br><br> https://play.google.com/store/apps/details?id=com.medici.practitioner |

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



**Call a patient**

https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., Medici Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Medici Mobile Server) that defines a call request (e.g., Invite signal from caller to server).<br><br><br><br>https://play.google.com/store/apps/details?id=com.medici.practitioner |

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



**Call a patient**

https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using that network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Medici Mobile SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., Medici Mobile Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Medici Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register.<br><br><br><br>https://play.google.com/store/apps/details?id=com.medici.practitioner |

VOICE CALL, VIRTUAL APPOINTMENTS, VIDEO CALL & MORE - MEDICI FEATURES:

- Provide doctor consultations virtually, and respond to questions via text message, voice call, or video chat
- HIPAA compliant and secure communication via text message, call or video chat
- Access and manage your account virtually from your mobile phone or online web browser
- e-Prescribe, we are SureScripts certified
- Set your own rates and get paid for consults
- Accept payment from patients in-app and get paid to securely text message patients
- Video call, connect and then chat with your colleagues virtually
- Group Chat with a patient and up to 10 colleagues
- Easily connect with your existing patients and generate new ones
- Track your earnings and other consult details in your personal dashboard
- Set your own availability and response times
- Up to $1 million in professional liability coverage

https://play.google.com/store/apps/details?id=com.medici.practitioner



## Call a patient

https://www.youtube.com/watch?v=J-YER8eVQ9A

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html